In the Matter of SHEIFA R., Appellant. [868 NYS2d 540]

The Family Court properly exercised its discretion in adjudicating the appellant a juvenile delinquent rather than a person in need of supervision (*see* Family Ct Act § 311.4 [2]; *Matter of Michael OO.,* 53 AD3d 709 [2008]; *Matter of Angelo L.,* 240 AD2d 669 [1997]). Spolzino, J.P., Dillon, Carni and Leventhal, JJ., concur.